## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TIMOTHY KYLES,

        Plaintiff,

    v.

FRED BEAUGARD, *et al.*,

        Defendants.

No. 15-cv-08895

Honorable Steven C. Seeger
Judge Presiding

### DEFENDANTS' MOTION UNDER RULE 50(a)

Defendants, Fred Beaugard, Leslie Turner, Karen Rabideau, Tarry Williams, William Brown and Tralon Durrett, by and through their attorney, Kwame Raoul, Illinois Attorney General, hereby move for judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 50(a) on the grounds that there is no legally sufficient evidentiary basis for a reasonable jury to find for the Plaintiff. In support thereof, Defendants submit their Memorandum of Law in Support of their Motion Under Rule 50(a) filed contemporaneously.

WHEREFORE, Defendants respectfully requests that this Court grant Defendants judgment as a matter of law, and grant any other relief this Court deems just and fair.

Dated: February 19, 2023

KWAME RAOUL
Attorney General of Illinois

Kristin Lindemann
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601

Respectfully Submitted,

/s/ Nicholas S. Staley
NICHOLAS S. STALEY

Unit Supervisor, Prisoner Litigation
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-7202
nicholas.staley@ilag.gov